UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

"IN ADMIRALTY"

CIV-FERGUSON

| | | |
|---|---|---|
| J. R. N. HOLDINGS, INC. | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | SNOW/ |
| -vs- | ) | |
| | ) | |
| M/V PRIORITY, her engines, tackle, apparel, | ) | |
| appurtenances, etc., having Official No. 906736, | ) | |
| in rem: and LANCE/JAMES, INC., AND LANCE | ) | |
| R. GREENBERG AND JAMES D. GALUSHA, | ) | |
| in personam. | ) | |
| Defendants. | ) | |
| | ) | |

**CONSENT AND INDEMNIFICATION AGREEMENT**
**FOR THE APPOINTMENT OF A SUBSTITUTE CUSTODIAN**

Plaintiff, J.R.N. HOLDINGS, INC., by the undersigned attorney, and J.R.N. HOLDINGS, INC., the proposed Substitute Custodian, hereby expressly release the U.S. Marshall for this district, and the U.S. Marshall's Service, from any and all liability and responsibility for the care and custody of the M/V PRIORITY, OFFICIAL NO. 906736, while in the hands of J.R.N. HOLDINGS, INC.

Plaintiff and proposed Substitute Custodian, J.R.N. Holdings, Inc., also expressly agree to hold the U.S. Marshal for this district, and the U.S. Marshal's Service, harmless from any and all claims whatsoever arising during the period of the substitute custodianship.

As counsel of record for this action, the undersigned attorney represents that he has been expressly authorized by the Plaintiff to sign this Consent and Indemnification Agreement for, and on behalf of the Plaintiff.

SIGNED this 28th day of January, 2000, at Boca Raton, Florida.

Adam H. Smith, Esq.
Florida Bar No. 964506
ADAM H. SMITH, P.A.
855 South Federal Highway, Suite 212
Boca Raton, Florida 33432-6133
(Tel.) 561-395-3022

JONATHAN NAYLOR, V. P.
J.R.N. HOLDINGS, INC.
928 N.E. 20th AVENUE
FORT LAUDERDALE, FL 33304
(Tel.) 954-462-8513

