AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF FLORIDA _____

J.R.N. HOLDINGS, INC.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

M/V PRIORITY, HER ENGINES TACKLE, APPAREL, APPURTENANCES, ETC., HAVING OFFICIAL NO. 906736, in rem: and Lance/James, Inc., Lance R. Greenberg, and James D. Galusha, in personam.

— 6134

CIV-FERGUSON

MAGISTRATE JUDGE SNOW

TO: (Name and address of defendant)

Lance/James, Inc.
30 Old Rudnick Lane
Dover, Deleware 19906

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Adam H. Smith, Esq.
Adam H. Smith, P.A.
855 South Federal Highway
Suite 212
Boca Raton, Florida 33432

an answer to the complaint which is herewith served upon you, within __20 (twenty)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

JAN 28 2000

CLERK

DATE

(BY) DEPUTY CLERK