UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
Case No. 00-6133-CIV-LENARD/TURNOFF
IN ADMIRALTY

**LANCE GREENBERG, and JAMES/
LANCE, INC., a Delaware Corporation,**

    Plaintiffs,

vs.

**The M/Y PRIORITY, Official Number
906736, her boats, engines, tackles, apparel,
furniture and appurtenances, in rem,**

    Defendant.
_____/



FILED by _RG_ D.C.

FEB 0 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6134-CIV-LENARD/TURNOFF

**J.R.N. HOLDINGS, INC.,**

    Plaintiff,

vs.

**M/V PRIORITY, her engines, tackles,
apparel, appurtenances, etc., having
Official No. 906736, in rem; LANCE/JAMES,
INC.; and LANCE R. GREENBERG and
JAMES D. GALUSHA, in personam,**

    Defendants.
_____/

## ORDER CONSOLIDATING ACTIONS

    **THIS CAUSE** is before the Court sua sponte. Upon review of the Complaints in these

cases, and pursuant to Federal Rule of Civil Procedure 42(a), the Court finds these cases involve common questions of law and fact, including the same parties. In the interest of judicial economy these cases shall be consolidated for both pretrial procedures and for trial. Accordingly, it is

**ORDERED AND ADJUDGED** that these cases shall be consolidated. The higher-numbered case, Case No. 00-6134, shall be administratively closed. It is further

**ORDERED AND ADJUDGED** that all non-case dispositive matters in the consolidated case, Case No. 00-6133, shall be referred to U.S. Magistrate Judge William C. Turnoff.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 2 day of February, 2000.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge William C. Turnoff

Adam H. Smith, Esq.
855 South Federal Hwy., Suite 212
Boca Raton, Florida 33432

Robert R. Edwards, Esq.
Bosshardt & Edwards, P.A.
1600 SE 17th St. Causeway, Suite 405
Fort Lauderdale, Florida 33301