UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| J. R. N. HOLDINGS, INC., | Case No. 00-6134-CIV-FERGUSON |
| Plaintiff, | |
| vs. | |
| M/V PRIORITY, her engines, tackle, apparel, appurtenances, etc., having Official No. 906736, in rem; and LANCE/JAMES, INC., and LANCE R. GREENBERG and JAMES D. GALUSHA, in personam, | |
| Defendants. | |



FILED by ___ D.C.
FEB 0 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## ORDER OF TRANSFER

GOOD CAUSE appearing that a transfer of the above-styled case is appropriate pursuant to Local Rule 3.9(c) due to lower-numbered related case 00-6133-CIV-LENARD, and subject to consent herein below, it is

ORDERED that the above-numbered case is hereby transferred to the calendar of Judge Joan A. Lenard for all further proceedings.

DATED in Chambers at Ft. Lauderdale, Florida, this ___ day of January, 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE



Page 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

After reviewing the court file in the above-numbered cause, the undersigned hereby accepts the transfer of said case.

Therefore, it is

**ORDERED** that all pleadings hereinafter filed shall bear the following number: Case No.00-6134-LENARD thereby indicating the Judge to whom all pending pleadings should be routed to or otherwise brought for attention.

**THE FOREGOING** transfer is herewith accepted this 2 day of Feb , 1999 2000.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

copies provided:
Wilkie D. Ferguson, U.S. District Judge
Lucy Lara, Case Reassignment Clerk
Adam H. Smith, Esq.