UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

"IN ADMIRALTY"

J. R. N. HOLDINGS, INC.,  )
)  CASE NO. 00-~~6133~~-CIV-Lenard
Plaintiff,  )
)  MAGISTRATE JUDGE: Turnoff
-vs-  )
)
M/V PRIORITY, her engines, tackle, apparel,  )
appurtenances, etc., having Official No. 906736,  )
in rem: and LANCE/JAMES, INC., AND LANCE  )
R. GREENBERG AND JAMES D. GALUSHA,  )
in personam.  )
Defendants.  )
_____  )

### PLAINTIFF'S RESPONSE TO COURT'S ORDER DIRECTING PARTIES TO PROVIDE LIST OF SUBSTITUTE CUSTODIANS

Plaintiff, J.R.N. Holdings, Inc., responds to this court's February 02, 2000 Order Directing Parties To Provide List Of (3) Substitute Custodians:

(1) J.R.N. Holdings, Inc., 928 N.E. 20th Avenue, Fort Lauderdale, Florida, (Tel.) 954-462-8513;[1]

(2) New River Marina, 3001 State Road 84, Fort Lauderdale, Florida (Tel.) 954-584-2500;

(3) Marina Mile Yacht Sales Inc., 3000 State Road 84, Fort Lauderdale, Florida,

---

[1] Plaintiff, J.R.N. Holdings, Inc., requests appointment as substitute custodian, as they offer an economic benefit to all by providing substitute custodial services at little or no cost to the parties. J.R.N. Holdings, Inc., has facilities suitable for maintaining and securing the M/V PRIORITY, as well as, $2,000,000.00 of aggregate liability insurance through International Marine Underwriters, more than enough to respond to damages for loss or injury to the M/V PRIORITY during said custody. In addition, J.R.N. Holdings, Inc., will agree to undertake all responsibilities, duties and obligations required of any substitute custodian acting under the authority of this court.

(Tel.) 954-316-2227.

WHEREFORE, Plaintiff, J.R.N. Holdings, Inc. respectfully submits the above listed three (3) potential substitute custodians and requests, for the reasons stated within, that this Honorable Court appoint J.R.N. Holdings, Inc., as substitute custodian for the M/V PRIORITY.

Dated: February 03, 2000

By: Adam H. Smith, Esq.
Florida Bar No. 964506
ADAM H. SMITH, P.A.
Attorney for Plaintiff,
J.R.N. Holdings, Inc.
855 South Federal Highway, Suite 212
Boca Raton, Florida 33432-6133
(Tel.) 561-395-3022
(Fax) 561-395-5922

cc:   Robert R. Edwards, Esq.